UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-1006 KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner at California Health Care Facility, filed a document styled "letter," seeking the Clerk's assistance in contacting the U.S. Department of Justice and the Governor's Office of Legal Affairs on his behalf. No other pleadings have been filed by the plaintiff, and he expressly states that "this is not a court filing." (ECF No. 1 at 1.)

Plaintiff is advised that the court may not contact other agencies for plaintiff. The court will provide plaintiff with the mailing addresses for the agencies he wishes to contact:

U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530

Governor's Office, Legal Affairs, State Capitol, First Floor, Sacramento, CA 95814

Moreover, plaintiff has four other civil rights actions pending in which he raises similar allegations concerning employees at the California Health Care Facility. See, e.g., Brown v. Brown, et al., Case No. 2:14-cv-0337 EFB. Because plaintiff expressly states he did not intend to file a court action, the court will not construe his filing as such, and terminates this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's letter (ECF No. 1) is denied without prejudice; and

2. The Clerk of the Court is directed to close this action.

Dated: May 6, 2014

/brow1006.Nocompl

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE